1
2
3
4
5
6
7
8
9
10 **UNITED STATES DISTRICT COURT**

11 **NORTHERN DISTRICT OF CALIFORNIA**

12 CAROL LIN,                                    Case No. 3:18-CV-00662-WHO

13            Plaintiff,

14        v.                                     **ORDER GRANTING JOINT MOTION
                                                 FOR DISMISSAL WITH PREJUDICE**
15 HARTFORD LIFE AND ACCIDENT
   INSURANCE COMPANY,
16
17            Defendants.

18
19
20
21
22
23
24
25
26
27
28

Pursuant to the parties' joint motion, this matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs of suit and attorneys' fees.

IT IS SO ORDERED.

DATED: August 10, 2018

_____
Honorable William H. Orrick
United States District Judge

**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**